[No. 33785-1-II.   Division Two.   August 11, 2006.]

GRACE UWADIALE, *Appellant*, v. BEHAVIORAL HEALTH RESOURCES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-05336-1, Sergio Armijo, J., entered August 26, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Penoyar, JJ.

[No. 53511-1-I.   Division One.   August 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GUY HENRY WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00640-4, Brian D. Gain, J., entered December 12, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion. Now published at 135 Wn. App. 42.

[No. 54954-5-I.   Division One.   August 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK LOREN RISHOR, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00218-7, Michael F. Moynihan, J., entered October 7, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Agid and Ellington, JJ.

[Nos. 55590-1-I; 55564-2-I.   Division One.   August 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. BUNTHA EARNG, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 04-1-03425-2, Terence Lukens, J., entered January 10, 2005. *Affirmed* by unpublished per curiam opinion.